IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Police Officer<br>ERIC VIOLA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF THROOP,<br>TOM LUKASEWICZ, STANLEY<br>LUKOWSKI, NEIL FURIOSI,<br>and TONY CHRZAN, | : | JUDGE JAMES J. MUNLEY |
| | : | |
| Defendants. | : | NO. 3:06-CV-01930 |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
BOROUGH OF THROOP, TOM LUKASEWICZ, STANLEY
LUKOWSKI, NEIL FURIOSI AND TONY CHRZAN**

Defendants Borough of Throop, Tom Lukasewicz, Stanley Lukowski, Neil Furiosi and Tony Chrzan (collectively, "Defendants"), by and through their undersigned counsel, hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as to the claims of Plaintiff Eric Viola ("Plaintiff") presented in his amended complaint. In support of this motion, Defendants incorporate herein their statement of undisputed material facts, filed contemporaneously herewith, as well as their memorandum

of law which will be filed in accordance with the Local Rules of Procedure.

**WHEREFORE**, for the foregoing reasons set forth more fully in Defendants' moving papers, Defendants respectfully request that summary judgment be entered in their favor.

        Respectfully requested,

        /s/Joel M. Wolff
        John G. Dean
        Joel M. Wolff
        Joseph J. Joyce, III
        **ELLIOTT GREENLEAF & DEAN**
        201 Penn Avenue, Suite 202
        Scranton, Pennsylvania 18503
        (570) 346-7569

        Attorneys for Defendants
        Borough of Throop, Tom Lukasewicz, Stanley Lukowski, Neil Furiosi and Tony Chrzan

DATED: January 25, 2008

## **CERTIFICATE OF SERVICE**

I, Joel M. Wolff, hereby certify that I have caused to be served this day a true and correct copy of Defendants Borough of Throop, Tom Lukasewicz, Stanley Lukowski, Neil Furiosi and Tony Chrzan's motion for summary judgment <u>via</u> United States First Class Mail addressed as follows:

        Cynthia L. Pollick, Esq.
        363 Laurel Street
        Pittston, PA  18640

                                          */s/ Joel M. Wolff*
                                          Joel M. Wolff

DATED:  January 25, 2008